FILED
CLERK, U.S. DISTRICT COURT

November 4, 2014

CENTRAL DISTRICT OF CALIFORNIA
BY: TS DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DESHON PURVIS,<br><br>    Petitioner,<br><br>    v.<br><br>DAVID B. LONG, Warden,<br><br>    Respondent. | No. CV 13-03346-RGK (DFM)<br><br>Order Accepting Findings and Recommendation of United States Magistrate Judge |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the petition, the other records on file herein, and the Final Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report to which objections have been made. The Court accepts the findings and recommendation of the Magistrate Judge.

///
///
///
///
///
///

IT IS THEREFORE ORDERED that Judgment be entered dismissing this action with prejudice.

Dated: <u>11/4/14</u>

_____
R. GARY KLAUSNER
United States District Judge