JS-6 / ENTER

ENTERED
CLERK, U.S. DISTRICT COURT
November 4, 2014
CENTRAL DISTRICT OF CALIFORNIA
BY: ___TS___ DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
November 4, 2014
CENTRAL DISTRICT OF CALIFORNIA
BY: ___TS___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DESHON PURVIS, | No. CV 13-03346-RGK (DFM) |
| Petitioner, | JUDGMENT |
| v. | |
| DAVID B. LONG, Warden | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that that this action is dismissed with prejudice.

Dated: 11/4/14

*[signature: Gary Klausner]*

_____
R. GARY KLAUSNER
United States District Judge